# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IPHONE, MODEL A1524, CELLULAR TELEPHONE,<br>BEARING IMEI NUMBER 354378061377976 | ) ) ) ) ) ) Case No. 15-SW-00143-SWH |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Missouri *(identify the person or describe the property to be searched and give its location)*:

IPHONE, Model A1524, Cellular Telephone, bearing IMEI Number 354378061377976, is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

(See Attachment B).

**YOU ARE COMMANDED** to execute this warrant on or before May 14, 2015 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Sarah W. Hays
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 05/07/2015 2:56 pm

*Sarah W. Hays*
*Judge's signature*

City and state: Kansas City, Missouri

Sarah W. Hays, Chief United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>15-SW-00143-SWH | Date and time warrant executed:<br>5/9/2015 09:30 AM | Copy of warrant and inventory left with:<br>mailed to Charelstn Leach |
| Inventory made in the presence of:<br>left with Sheila Ruzick @ RCFL | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Phone left with the Heartland of America RCFL for attempted download of phone.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/9/2015

*Executing officer's signature*

U.S. Postal Inspector - Justin Lewis
*Printed name and title*